UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PETHEALTH SERVICES (USA), INC.,
PTZ INSURANCE AGENCY, LTD., and
PTZ INSURANCE BROKERS LTD.,

                Plaintiffs,

v.                              Case No. 07 C 0521 S

SCHERING-PLOUGH CORPORATION,
SCHERING-PLOUGH ANIMAL HEALTH
CORPORATION, and SCHERING-PLOUGH
HOME AGAIN LLC,

                Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to dismiss the above-captioned action, including all claims, with prejudice and with each party to bear its own fees and costs.

Dated: March 11, 2008

                              Respectfully submitted,

                              PETHEALTH SERVICES (USA), INC., PTZ
                              INSURANCE AGENCY, LTD. and PTZ
                              INSURANCE BROKERS LTD., *Plaintiffs*

                              By: /s/ Josephine K. Benkers
                              One of their attorneys

                              Gregory T. Everts
                              Josephine K. Benkers
                              Jaime L. Hochhausen
                              QUARLES & BRADY LLP
                              33 East Main Street
                              Suite 900
                              Madison, WI 53703
                              (608) 251-5000

*Approved*
*Barbara B. Crabb*
*March 12, 2008*

3/10/08 4:38 PM

SCHERING-PLOUGH CORPORATION,
SCHERING-PLOUGH ANIMAL HEALTH
CORPORATION and SCHERING-PLOUGH
HOME AGAIN LLC, *Defendants*

By: _____
    One of their attorneys

Brian D. Roche (IL Bar No. 06183795)
Jennifer Yule DePriest (IL Bar No. 6272137)
Brian C. Lewis (IL Bar No. 6286715)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000

Brian E. Butler
Barbara A. Neider
STAFFORD ROSENBAUM LLP
222 West Washington Ave.
Suite 900
P.O. Box 1784
Madison, WI 53701-1784
(608) 256-0226

- 2 -